1  James M. Callahan, WSBA #13952
   jcallahan@callahanandshears.com
2  Callahan & Shears, PC
   PO Box 22677
3  Portland, OR  97269-2677
4  Telephone: 503.513.5130
       Attorney for Defendant, Whirlpool Corporation

10             UNITED STATES DISTRICT COURT
11            WESTERN DISTRICT OF WASHINGTON
12                   SEATTLE DIVISION

| HOMESITE INSURANCE COMPANY, as subrogee of Sean Harris,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION, a foreign corporation and MIDEA USA INC.,<br><br>Defendants. | Case No. 2:20-cv-00440-BJR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |
|---|---|

20    *Based upon* the stipulation of the parties below, plaintiff's claims against defendants
21  Whirlpool Corporation and Midea USA, Inc. are dismissed with prejudice but without costs.
22  //
23
24  //
25
26  //

Page 1 - Stipulated General Judgment of Dismissal with Prejudice [Case No. 2:20-cv-00440-BJR]
C:\Users\Eric Virshbo\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\8B42XPI8\PLD200504_General Judgment of Dismissal with Prejudice.doc

CALLAHAN & SHEARS, P.C.
P.O. Box 22677
Portland, OR 97269-2677
ph (503) 513-5130
fax (503) 513-5915

1

2　　　The Clerk of the Court is hereby ordered to enter a General Judgment of Dismissal

3　with Prejudice in favor of defendants.

4

　　　　　　　　　　　　　　　　　　　　Dated this 25th day of June, 2020.

5

6　　　　　　　　　　　　　　　　　　　　*[signature: Barbara J. Rothstein]*

7　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

8

9　*IT IS SO STIPULATED:*

10

11　Dated this ___ day of June, 2020.　　　Dated this 22nd day of June, 2020.

12

13　_____　　　*s/ James M. Callahan*
　Eric Virshbo, WSBA#34136　　　　　James M. Callahan, WSBA #13952

14　Attorney for Plaintiff Homesite　　　　Attorney for Defendant Whirlpool
　Insurance Company

15

16

17

18

19

20

21

22

23

24

25

26

Page  2 - **Stipulated General Judgment of Dismissal with Prejudice**
　　　　**[Case No. 2:20-cv-00440-BJR]**
　　C:\Users\Eric Virshbo\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\8B42XPI8\PLD200504_General Judgment of Dismissal with Prejudice.doc